# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| STEVE PERRY, *et al.*, § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 4:21-cv-838-ALM-KPJ |
| § | |
| PEOPLE OF THE STATE OF TEXAS, *et al.*, § § § | |
| Defendants. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 23, 2023, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #76) that Plaintiff Texas Gamefowl Breeders Association's claims in this matter be dismissed without prejudice. *See* Dkt. #76.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Texas Gamefowl Breeders Association's claims in this matter are **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 15th day of March, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE