# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| STEVE PERRY, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PEOPLE OF THE STATE OF TEXAS, *et al.*, § <br> § <br> § <br> Defendants. § | Civil Action No. 4:21-cv-838-ALM-KPJ |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 24, 2023, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #77) that Plaintiffs Steve Perry, Jose Salas, and Jorge Vasquez's (the "Individual Plaintiffs") claims against the remaining Defendants in this matter be dismissed without prejudice for want of prosecution. *See* Dkt. #77.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that the Individual Plaintiffs' claims in this matter are **DISMISSED WITHOUT PREJUDICE**.

Accordingly, it is hereby **ORDERED** that all of the claims in this action are **DISMISSED**.

All relief not previously granted is **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 15th day of March, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE